## UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts) www.flsb.uscourts.gov

_3rd_ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Rafael Bermudez     JOINT DEBTOR: _____     CASE NO.: 12-12567 BKC LMI
Last Four Digits of SS# _0428_   Last Four Digits of SS# _____

This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _60_ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ _1299.20_ for months _1_ to _5_;
B. $ _1309.30_ for months _6_ to _60_;
C. $ _____ for months ___ to ___; in order to pay the following creditors:

Administrative: Attorney's Fee - $ _2500.00_ + $500.00 (costs) = $3000.00 TOTAL PAID $2500.00
            Balance Due $ _500.00_ payable $ 100.00 / month (Months _1_ to _5_)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
  1. _Ocwen Loan Servicing, LLC_           Arrearage on Petition Date $ _19,000.00 (estimate)
Address: _P.O. Box 24781_                  Arrears Payment $ 225.00/month (Months _1_ to _5_)
         _West Palm Beach, FL 33416_       Arrears Payment $ 325.00/month (Months 6 to _60_)
Account No: _0531_                         Regular Payment $838.66 / month (Months 1 to 60)

  2. _Miami-Dade County Tax Collector_     Payoff on Petition Date $ _221.26 at 18% = 337.20
Address: _140 West Flagler Street, Suite 1403_  Payoff Payment $ 5.62/month (Months _1_ to _60_)
         _Miami, FL 33130_
Account No: _3430_

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  | $ | % | $ | To |  |
|  | $ | % | $ | To |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. _____   Total Due $ ___ Payable $ _____ /month (Months ___ to ___) Regular Payment $ _____

Unsecured Creditors: Pay $0/ month (Months 1 to 5) and $9.09/ month (Months 6 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor agrees to pay 100% of allowed Unsecured Claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Richard J. Adams Esq.
Debtor  Rafael Bermudez                         Joint Debtor
Date: June 26, 2012                             ate_____